B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Linstad, Bruce** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6596** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14 Donna Road**<br>**Chelmsford, MA**<br>ZIP Code **01824** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

■ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Linstad, Bruce** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                     Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Linstad, Bruce** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce Linstad**
_____
Signature of Debtor  **Bruce Linstad**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 21, 2015**
_____
Date

### Signature of Attorney*

X **/s/ David Crossley**
_____
Signature of Attorney for Debtor(s)

**David Crossley 648197**
_____
Printed Name of Attorney for Debtor(s)

**CROSSLEY LAW OFFICES**
_____
Firm Name

**448 Concord Street**
**Framingham, MA 01702**

_____
Address

**Email: crossleylaw@yahoo.com**
**(508) 655-6085  Fax: (508) 310-9022**
_____
Telephone Number

**July 21, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6A (Official Form 6A) (12/07)

In re    **Bruce Linstad**                                                          ,          Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **14 Donna Road, Chelmsford, MA 01824** | **Fee simple** | - | **329,988.00** | **366,324.75** |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Sub-Total > | **329,988.00** | (Total of this page) |
|  |  | Total > | **329,988.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Bruce Linstad**                                    ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 75.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Deposits - Bank of America - Business Fundamentals Sole Proprietor Checking d/b/a BM Linstad Plumbing & Heating, Acct ends in #4653. Account overdraft protection is overdrawn to the negative in the amount of -$5,556.72. Bank creditor has been listed as a Schedule F creditor.** | - | 0.00 |
| | | **Checking Account Deposits - Bank of America - personal joint checking account ending in 2567. Acccount overdraft protection is overdrawn to the negative in the amount of -$597.50. Bank creditor has been listed as a Schedule F creditor.** | J | 0.00 |
| | | **$100 cash collateral deposit for secured credit card through Bank of America.** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furniture - bedsets (7); crib (1), dining room set (1); living room set (1); bureaus (7); nightstands (6); desk (1); chairs (4); bookcases (2); washer (1); dryer (1); dishwasher (1); heating unit (1); microwave (1); assorted cookware and utensils.** | - | 5,500.00 |
| | | **Household Electronics - TV (2); computer (3); cellphones (2); DVD Player (1).** | - | 750.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books - small personal library** | - | 20.00 |
| 6.  Wearing apparel. | | **Clothing** | - | 600.00 |
| 7.  Furs and jewelry. | X | | | |

|  | Sub-Total >  | 7,045.00 |
|---|---|---|
|  | (Total of this page) |  |

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bruce Linstad**                                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement Account - 401(k).  Debtor had $3,200.00 in a 401(k) account.  On April 28, 2015, acting allegedly pursuant to a Limited Power of Attorney, Creditor MyBusinessLoan.com d/b/a/ DealStruck filed a change of address with the USPS whereby it changed the Debtor's address to its own address. Then, on June 22, 2015, it intercepted debtor's $3,200.00 401(k) check and cashed it.** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bruce Linstad**                                                                      ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **4 wheeler #1: 2015 Polaris 570cc with 1,500 miles.** | **-** | **Unknown** |
| | | **4 wheeler #2: 2011 Polaris 90cc with 3,500 miles. Total of $10,037.00 is owed collectively on both ATVs.** | **-** | **Unknown** |
| | | **2003 Chevrolet Silverado: 121,876 miles** | **-** | **3,332.00** |
| | | **2009 Ford Econoline E250: 126,452 miles.  On April 28, 2015, acting allegedly pursuant to a Limited Power of Attorney, Creditor MyBusinessLoan.com d/b/a/ DealStruck filed a change of address with the USPS whereby it changed the Debtor's address to its own address.  Thereafter, it intercepted the title to the Debtor's vehicle and placed a lien against the vehicle.** | **-** | **8,650.00** |

Sub-Total >        **11,982.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Bruce Linstad**                                                      ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2002 Ford F350: 162,487 miles.** | - | **3,306.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **misc. tools of the trade** | - | **4,500.00** |
| 30. Inventory. | | **Leftover plumbing supplies.** | - | **600.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Household Pets - dogs(2), cat(1), fish(1)** | - | **Unknown** |
| | | **Mass State Food Stamp Assistance - $1,300.00 received per month.** | - | **0.00** |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **8,406.00** |
| Total > | **27,433.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re  **Bruce Linstad**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | **Mass. Gen. Laws c. 235, § 34(15)** | 75.00 | 75.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| $100 cash collateral deposit for secured credit card through Bank of America. | **Mass. Gen. Laws c. 246, § 28A** | 0.00 | 100.00 |
| | **Mass. Gen. Laws c. 235, § 34(15)** | 0.00 | |
| | **Mass. Gen. Laws c. 235, § 34(17)** | 0.00 | |
| | | | |
| **Household Goods and Furnishings** | | | |
| Household Furniture - bedsets (7); crib (1); dining room set (1); living room set (1); bureaus (7); nightstands (6); desk (1); chairs (4); bookcases (2); washer (1); dryer (1); dishwasher (1); heating unit (1); microwave (1); assorted cookware and utensils. | **Mass. Gen. Laws c.235, § 34(1)** | 5,500.00 | 5,500.00 |
| | **Mass. Gen. Laws c.235, § 34(2)** | 0.00 | |
| | | | |
| Household Electronics - TV (2); computer (3); cellphones (2); DVD Player (1). | **Mass. Gen. Laws c. 235, § 34(12)** | 750.00 | 750.00 |
| | **Mass. Gen. Laws c. 235, § 34(17)** | 0.00 | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books - small personal library | **Mass. Gen. Laws c. 235, § 34(3)** | 20.00 | 20.00 |
| | | | |
| **Wearing Apparel** | | | |
| Clothing | **Mass. Gen. Laws c.235, § 34(1)** | 600.00 | 600.00 |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement Account - 401(k).  Debtor had $3,200.00 in a 401(k) account.  On April 28, 2015, acting allegedly pursuant to a Limited Power of Attorney, Creditor MyBusinessLoan.com d/b/a/ DealStruck filed a change of address with the USPS whereby it changed the Debtor's address to its own address.  Then, on June 22, 2015, it intercepted debtor's $3,200.00 401(k) check and cashed it. | **Mass. Gen. Laws c. 235, § 34A; Mass. Gen. Laws c. 246, § 28** | 0.00 | 0.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 4 wheeler #1: 2015 Polaris 570cc with 1,500 miles. | **Mass. Gen. Laws c. 235, § 34(17)** | Unknown | Unknown |
| | | | |
| 4 wheeler #2: 2011 Polaris 90cc with 3,500 miles.  Total of $10,037.00 is owed collectively on both ATVs. | **Mass. Gen. Laws c. 235, § 34(17)** | 0.00 | Unknown |
| | | | |
| 2003 Chevrolet Silverado: 121,876 miles | **Mass. Gen. Laws c. 235, § 34(16)** | 0.00 | 3,332.00 |
| | **Mass. Gen. Laws c. 235, § 34(17)** | 0.00 | |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Bruce Linstad** _____,   Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2009 Ford Econoline E250: 126,452 miles.  On April 28, 2015, acting allegedly pursuant to a Limited Power of Attorney, Creditor MyBusinessLoan.com d/b/a/ DealStruck filed a change of address with the USPS whereby it changed the Debtor's address to its own address.  Thereafter, it intercepted the title to the Debtor's vehicle and placed a lien against the vehicle.** | **Mass. Gen. Laws c. 235, § 34(16)**<br>**Mass. Gen. Laws c. 235, § 34(17)** | **4,194.00**<br>**4,456.00** | **8,650.00** |
| **2002 Ford F350: 162,487 miles.** | **Mass. Gen. Laws c. 235, § 34(16)**<br>**Mass. Gen. Laws c. 235, § 34(17)** | **3,306.00**<br>**0.00** | **3,306.00** |
| <u>**Machinery, Fixtures, Equipment and Supplies Used in Business**</u><br>**misc. tools of the trade** | **Mass. Gen. Laws c. 235, § 34(5)** | **4,500.00** | **4,500.00** |
| <u>**Inventory**</u><br>**Leftover plumbing supplies.** | **Mass. Gen. Laws c.235, § 34(6)** | **600.00** | **600.00** |
| <u>**Other Personal Property of Any Kind Not Already Listed**</u><br>**Household Pets - dogs(2), cat(1), fish(1)** | **Mass. Gen. Laws c. 235, § 34(17)** | **0.00** | **Unknown** |
| **Mass State Food Stamp Assistance - $1,300.00 received per month.** | **Mass. Gen. Laws c. 235, § 34(15);**<br>**Mass. Gen. Laws c. 118, § 10**<br>**Mass. Gen. Laws c.235, § 34(7)**<br>**Mass. Gen. Laws c. 235, § 34(17)** | **0.00**<br><br>**0.00**<br>**0.00** | **0.00** |

| | Total: | **24,001.00** | **27,433.00** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Bruce Linstad**                                                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxxxxxx8892** | | | | **Non-Purchase Money Security** | | | | | |
| **Bk Of Amer** Po Box 982235 El Paso, TX 79998 | | - | | **$100 cash collateral deposit for secured credit card through Bank of America.** | | | | | |
| | | | | Value $                    **100.00** | | | | **640.00** | **540.00** |
| Account No. **xxxxxx-xxxxxx8759** | | | | **Opened  7/05/14  Last Active  6/06/15** | | | | | |
| **Cap1/Polrs** 26525 N Riverwoods Blvd Mettawa, IL 60045 | | - | | **Purchase Money Security** **4 wheeler #1: 2015 Polaris 570cc with 1,500 miles and 4 wheeler #2: 2011 Polaris 90cc with 3,500 miles** | | | | | |
| | | | | Value $                    **Unknown** | | | | **10,037.00** | **Unknown** |
| Account No. **UNKNOWN** | | | | **March 15, 2015** | | | | | |
| **Gladewater National Bank** 678 N. Main Street Gladewater, TX 75647 | | | | **First Mortgage** **14 Donna Road, Chelmsford, MA 01824** | | | | | |
| | | | | Value $                **329,988.00** | | | | **366,324.75** | **36,336.75** |
| Account No. **xxxxxxxxxxxx0001** | | | | **Opened  1/18/13  Last Active  5/15/15** | | | | | |
| **M&T Bank** 1 Fountain Plz Fl 4 Buffalo, NY 14203 | | | | **Purchase Money Security** **2003 Chevrolet Silverado: 121,876 miles** | | | | | |
| | | | | Value $                  **3,332.00** | | | | **12,714.00** | **9,382.00** |

__0__    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 389,715.75 | 46,258.75 |
| Total (Report on Summary of Schedules) | 389,715.75 | 46,258.75 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Bruce Linstad**                                                                                    Case No. _____

                                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Bruce Linstad**                                                          ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5971** <br><br> **Ally Financial** <br> **200 Renaissance Ctr** <br> **Detroit, MI 48243** | X | J | **Last Active 6/01/15** <br> **2012 Ford Edge. Debtor co-signed automobile loan for his niece,** <br> **Cami Bellaveau.** | | | | **22,219.00** |
| Account No. **-xxxxxxxxxxxx3773** <br><br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL 33329** | - | | **Opened  3/11/14** <br> **Credit Card Purchases** | | | | **17,498.00** |
| Account No. **UNKNOWN** <br><br> **Anytime Fitness** <br> **501 Nagog Park** <br> **Acton, MA 01720** | - | | **UNKNOWN** <br> **Unpaid Fees** <br> **ADDITIONAL NOTICE TO:** <br> **ABC Financial Services, Inc.** | | | | **300.00** |
| Account No. **4653** <br><br> **BANK OF AMERICA, N.A.** <br> **PO BOX 25118** <br> **Tampa, FL 33622** | - | | **Check Credit Or Line Of Credit** | | | | **5,202.92** |

| | Subtotal <br> (Total of this page) | **45,219.92** |
|---|---|---|

__6__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Linstad**                                    ,        Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2567** **BANK OF AMERICA, N.A.** PO BOX 25118 Tampa, FL 33622 | X | J | | | **UNKNOWN** **Check Credit Or Line Of Credit** | | | | 597.50 |
| Account No. **xxxxxxxxxxx4215** **Barclays Bank Delaware** 125 S West St Wilmington, DE 19801 | - | | | | **Opened  6/23/12** **Credit Card Purchases** | | | | 3,170.00 |
| Account No. **UNKNOWN** **CAP CALL, LLC** 11 BROADWAY SUITE 814 New York, NY 10004 | - | | | | **UNKNOWN** **Unsecured Loan** **Creditor has filed a UCC1 All Asset, but is either an unsecured or undersecured creditor.** **ADDITIONAL NOTICE TO:** **ACH Capital, LLC** **The Company Corporation** **Streetwide Asset Recovery Group, Inc.** **Law Office of Bonfiglio &** | | | | 45,199.90 |
| Account No. **xxxxxxxxxxxx8734** **Cap One** 26525 N Riverwoods Blvd Mettawa, IL 60045 | - | | | | **Credit Card Purchases** | | | | 5,203.00 |
| Account No. **xxxxx-xxxxxx2209** **Cap One** 26525 N Riverwoods Blvd Mettawa, IL 60045 | - | | | | **Opened  7/07/14** **Credit Card Purchases** | | | | 767.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,937.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Linstad** ,                          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxx7639** | | | | | Opened 12/22/04 Credit Card Purchases | | | | |
| **Capital One Bank Usa N 15000 Capital One Dr Richmond, VA 23238** | - | | | | | | | | |
| | | | | | | | | | 947.00 |
| Account No. **xxxxxxxxxxx7847** | | | | | Opened 1/29/12 Credit Card Purchases | | | | |
| **Capital One Bank Usa N 15000 Capital One Dr Richmond, VA 23238** | - | | | | | | | | |
| | | | | | | | | | 877.00 |
| Account No. **xxxxxxxxxxx1674** | | | | | Opened 10/07/13 Credit Card Purchases | | | | |
| **Cbna Po Box 6497 Sioux Falls, SD 57117** | - | | | | | | | | |
| | | | | | | | | | 962.00 |
| Account No. **xxxxxxxxxxx2240** | | | | | Opened 10/03/12 Credit Card Purchases | | | | |
| **Cbna Po Box 6497 Sioux Falls, SD 57117** | - | | | | | | | | |
| | | | | | | | | | 679.00 |
| Account No. **xxxxxxx1012** | | | | | Opened 9/01/01 Last Active 3/02/04 Credit Card | | | | |
| **Chase Na 2500 Westfield Dr Elgin, IL 60124** | - | | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **3,465.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Linstad**                                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxx9403 | | | | Opened  2/27/15  Last Active  6/01/15 Credit Card Purchases | | | | |
| Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | - | | | | | | | |
| | | | | | | | | 6,771.00 |
| Account No. 8502 | | | | UNKNOWN Check Credit Or Line Of Credit Creditor has filed a UCC1 All Asset, but is either an unsecured or undersecured creditor. | | | | |
| EASTERN BANK 195 MARKET STREET Lynn, MA 01901 | - | | | | | | X | |
| | | | | | | | | 51,000.00 |
| Account No. 5172 | | | | UNKNOWN Unsecured Loan Creditor has filed a UCC1 All Asset, but is either an unsecured or undersecured creditor. | | | | |
| EASTERN BANK 195 MARKET STREET Lynn, MA 01901 | - | | | | | | X | |
| | | | | | | | | 50,000.00 |
| Account No. UNKNOWN | | | | Unsecured Loan Creditor has filed a UCC1 All Asset, but is either an unsecured or undersecured creditor. ADDITIONAL NOTICE TO: f/k/a Fast Business Funding, LLC f/k/a Fast Capital 360 | | | | |
| EVEREST BUSINESS FUNDING 303 5TH AVE SUITE 501-503 New York, NY 10016 | - | | | | | | X | |
| | | | | | | | | 72,748.00 |
| Account No. xx9503 | | | | UNKNOWN Line of Credit Lawsuit: Middlesex Superior Court 1581CV02375 ADDITIONAL NOTICE TO: Middlesex Superior Court Strang, Scott, Giroux & Young | | | | |
| FW WEBB COMPANY 98 LINDBERG AVE Methuen, MA 01844 | - | | | | | | X | |
| | | | | | | | | 229,500.72 |

| | | | | |
|---|---|---|---|---|
| Sheet no. __3___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | | 410,019.72 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Linstad**                                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0933**<br><br>**Grplndg**<br>**7490 Us Highway 17**<br>**Red Rock, OK 74651** | - | | **Unsecured Loan** | | | | 1,967.00 |
| Account No. **xxxx2965**<br><br>**Grplndg**<br>**7490 Us Highway 17**<br>**Red Rock, OK 74651** | - | | **Opened 12/30/13**<br>**Unsecured Loan** | | | | 230.00 |
| Account No. **xxxxxx6584**<br><br>**Kay Jewelers**<br>**375 Ghent Rd**<br>**Fairlawn, OH 44333** | - | | **Opened 12/11/11**<br>**Credit Card Purchases**<br>**ACCT NOTED AS STILL OPEN.** | | | | 0.00 |
| Account No. **xxxxxxxxxxx4390**<br><br>**Kohls/Capone**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | - | | **Opened 10/07/14**<br>**Credit Card Purchases** | | | | 339.00 |
| Account No. **UNKNOWN**<br><br>**MERCHANT FUNDING SERVICES, LLC**<br>**a/k/a YELLOWSTONE CAPITAL, LLC**<br>**160 PEARL STREET**<br>**5TH FLOOR**<br>**New York, NY 10005** | - | | **UNKNOWN**<br>**Unsecured Loan**<br>**Creditor has filed a UCC1 All Asset, but is either an unsecured or undersecured creditor.**<br>**ADDITIONAL NOTICE TO:**<br>**Yellowstone Capital, LLC** | | | X | 36,225.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 38,761.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Linstad**                                              , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **UNKNOWN**<br><br>**MY BUSINESS LOAN.COM, LLC**<br>**d/b/a DEALSTRUCK**<br>**1901 CAMINO VIDA ROBLE**<br>**SUITE 120**<br>**Carlsbad, CA 92008** | - | | | **UNKNOWN**<br>**Unsecured Loan**<br>**Lawsuit USDC MA 1:15CV11754IT**<br>**Creditor has filed a UCC1 All Asset, but is**<br>**either an unsecured or undersecured creditor.**<br>**ADDITIONAL NOTICE TO:**<br>**Dealstruck, Inc.**<br>**Lipscomb, Eisenberg & Baker, PL**<br>**Nicosia & Associates, P.C.** | | | X | 126,476.72 |
| Account No. **UNKNOWN**<br><br>**NEW ERA LENDING**<br>**NORTH ORANGE STREET**<br>**SUITE 762**<br>**Wilmington, DE 19801** | - | | | **UNKNOWN**<br>**Unsecured Loan**<br>**Creditor has filed a UCC1 All Asset, but is**<br>**either an unsecured or undersecured creditor.**<br>**February 20, 2015, Creditor removed, without**<br>**authorization, $18,216 from Debtor's**<br>**acct#4653. Chelmsford Police Report #582660.** | | | X | 18,039.00 |
| Account No. xxxxxxxxxx1014<br><br>**St Marys Credit Union**<br>**293 Boston Post Rd W**<br>**Marlborough, MA 01752** | - | | | **Unsecured Loan** | | | | 9,359.00 |
| Account No. **UNKNOWN**<br><br>**STRATEGIC FUNDING**<br>**1501 BROADWAY**<br>**SUITE 1515**<br>**New York, NY 10036** | - | | | **UNKNOWN**<br>**Unsecured Loan**<br>**Creditor has filed a UCC1 All Asset, but is**<br>**either an unsecured or undersecured creditor.** | | | X | 140,000.00 |
| Account No. xxxxxxxxxxx3012<br><br>**Syncb/Care Credit**<br>**950 Forrer Blvd**<br>**Kettering, OH 45420** | - | | | **Opened  9/15/11**<br>**Credit Card Purchases** | | | | 670.00 |

Sheet no. __5___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 294,544.72 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Linstad**                                                          ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6644** <br><br> **Syncb/Lowes** <br> **Po Box 965005** <br> **Orlando, FL 32896** | - | | **Opened  1/11/12** <br> **Credit Card Purchases** | | | | **3,132.00** |
| Account No. **xxxxxxxxxxxx2970** <br><br> **Syncb/Walmart** <br> **Po Box 965024** <br> **Orlando, FL 32896** | - | | **Opened  4/06/12** <br> **Credit Card Purchases** | | | | **577.00** |
| Account No. **UNKNOWN** <br><br> **THE HOME DEPOT** <br> **PO BOX 6497** <br> **Sioux Falls, SD 57117** | - | | **UNKNOWN** <br> **Credit Card Purchases** | | | | **800.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __6___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal <br> (Total of this page) | **4,509.00** |
| | | Total <br> (Report on Summary of Schedules) | **851,456.76** |

B6G (Official Form 6G) (12/07)

.

In re    **Bruce Linstad** _____,   Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re   **Bruce Linstad**                                                            ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cami Bellaveau (niece)** | **Ally Financial**<br>**200 Renaissance Ctr**<br>**Detroit, MI 48243** |
| **Tiffany Linstad (wife)** | **BANK OF AMERICA, N.A.**<br>**PO BOX 25118**<br>**Tampa, FL 33622** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Massachusetts

In re    **Bruce Linstad**                                                      Case No. _____
                                          Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **24**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 21, 2015**_____        Signature    **/s/ Bruce Linstad**_____
                                                             **Bruce Linstad**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Bruce Linstad** _____    Case No. _____

                                         Debtor(s)          Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bk Of Amer** | **Describe Property Securing Debt:**<br>**$100 cash collateral deposit for secured credit card through Bank of America.** |

Property will be (check one):
     ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Cap1/Polrs** | **Describe Property Securing Debt:**<br>**4 wheeler #1: 2015 Polaris 570cc with 1,500 miles and 4 wheeler #2: 2011 Polaris 90cc with 3,500 miles** |

Property will be (check one):
     ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Gladewater National Bank** | **Describe Property Securing Debt:**<br>**14 Donna Road, Chelmsford, MA 01824** |

Property will be (check one):
- ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**M&T Bank** | **Describe Property Securing Debt:**<br>**2003 Chevrolet Silverado: 121,876 miles** |

Property will be (check one):
- ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 21, 2015**                              Signature  **/s/ Bruce Linstad**
                                                                 **Bruce Linstad**
                                                                 Debtor

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201A (Form 201A) (6/14)

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Bruce Linstad**                                                      Case No.
_____                         Chapter   **7**
                            Debtor(s)

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Bruce Linstad** | X **/s/ Bruce Linstad**          **July 21, 2015** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)          Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re   **Bruce Linstad**

Case No.

Debtor(s)        Chapter        **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **July 21, 2015**

**/s/ Bruce Linstad**

**Bruce Linstad**
Signature of Debtor

ABC Financial Services, Inc.
PO Box 6800
North Little Rock, AR 72124

ACH CAPITAL, LLC
c/o THE COMPANY CORP
2711 CENTERVILLE RD, STE 400
Wilmington, DE 19808

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Anytime Fitness
501 Nagog Park
Acton, MA 01720

BANK OF AMERICA, N.A.
PO BOX 25118
Tampa, FL 33622

BANK OF AMERICA, N.A.
PO BOX 25118
Tampa, FL 33622

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801

Bk Of Amer
Po Box 982235
El Paso, TX 79998

CAP CALL, LLC
11 BROADWAY SUITE 814
New York, NY 10004

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Cap1/Polrs
26525 N Riverwoods Blvd
Mettawa, IL 60045

```
Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbna
Po Box 6497
Sioux Falls, SD 57117

Chase Na
2500 Westfield Dr
Elgin, IL 60124

DEALSTRUCK, INC.
1901 CAMINO VIDA ROBLE
SUITE 120
Carlsbad, CA 92008

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

EASTERN BANK
195 MARKET STREET
Lynn, MA 01901

EASTERN BANK
195 MARKET STREET
Lynn, MA 01901

EVEREST BUSINESS FUNDING
303 5TH AVE
SUITE 501-503
New York, NY 10016

FAST BUSINESS FUNDING, LLC
303 5TH AVE
SUITE 501-503
New York, NY 10016

FAST CAPITAL 360
303 5TH AVE
SUITE 501-503
New York, NY 10016

FW WEBB COMPANY
98 LINDBERG AVE
Methuen, MA 01844
```

Gladewater National Bank
678 N. Main Street
Gladewater, TX 75647

Grplndg
7490 Us Highway 17
Red Rock, OK 74651

Grplndg
7490 Us Highway 17
Red Rock, OK 74651

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Law Offices of Bonfiglio & Asterita, LLC
900 South Ave #101
ATTN: Joseph Asterita, Esq.
Staten Island, NY 10314

LIPSCOMB, EISENBERG & BAKER, PL
2 SOUTH BISCAYNE BLVD
PENTHOUSE 3800
Miami, FL 33131

M&T Bank
1 Fountain Plz Fl 4
Buffalo, NY 14203

MERCHANT FUNDING SERVICES, LLC
a/k/a YELLOWSTONE CAPITAL, LLC
160 PEARL STREET
5TH FLOOR
New York, NY 10005

Middlesex County Superior Court
200 Trade Center, 2nd FL
Woburn, MA 01801

MY BUSINESS LOAN.COM, LLC
d/b/a DEALSTRUCK
1901 CAMINO VIDA ROBLE
SUITE 120
Carlsbad, CA 92008

NEW ERA LENDING
NORTH ORANGE STREET
SUITE 762
Wilmington, DE 19801

NICOSIA & ASSOCIATES, P.C.
PO BOX 721
ATTN: PETER J. NICOSIA, ESQ.
Tyngsboro, MA 01879

St Marys Credit Union
293 Boston Post Rd W
Marlborough, MA 01752

STRANG, SCOTT, GIROUX & YOUNG
654 BEACON STREET, 6TH FL
Boston, MA 02215

STRATEGIC FUNDING
1501 BROADWAY
SUITE 1515
New York, NY 10036

StreetWide Asset Recovery Group, Inc.
30 Wall Street, 11th Floor
ATTN: Michael S. Colombo
New York, NY 10005

Syncb/Care Credit
950 Forrer Blvd
Kettering, OH 45420

Syncb/Lowes
Po Box 965005
Orlando, FL 32896

Syncb/Walmart
Po Box 965024
Orlando, FL 32896

THE HOME DEPOT
PO BOX 6497
Sioux Falls, SD 57117

YELLOWSTONE CAPITAL, LLC
ATTN: Michael Samuels and/or Josh Weiss
160 Pearl Street, 5th Floor
New York, NY 10005